JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Orlando Garcia**,<br><br>　　　Plaintiff,<br><br>　v.<br><br>**Always Best, Inc.,** a California Corporation; and Does 1-10,<br><br>　　　Defendants. | Case 2:20-CV-01442-RGK-JPR<br><br>**Judgment**<br>(re: Default Judgment) |

1  Upon review of the court files, the application for default judgment,
2  the declarations submitted in support of the default judgment, and the
3  evidence presented having been fully considered, it is hereby ordered and
4  adjudged that plaintiff Orlando Garcia shall have JUDGMENT in his favor for
5  $4,952 against defendant Always Best, Inc. and defendant is ordered to
6  provide accessible dining surfaces and accessible restroom facilities at the
7  Ohana Hawaiian BBQ restaurant located at 4469 Slauson Avenue,
8  Maywood, California, in compliance with the Americans with Disabilities Act
9  Accessibility Standards.

Dated: June 2, 2020  By: /s/ Gary Klausner
                        United States District Judge